**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James Dalton BELL, Defendant— Appellant.**

**No. 10–30216.**

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Filed June 7, 2011.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

James Dalton Bell contends that the 24–month sentence imposed upon revocation of supervised release violated his rights to due process and a jury trial. We dismiss.

We will not review the merits of Bell's contentions because the "interlocutory notice of appeal" ("NOA") does not mention the sentence, which was imposed six days after the NOA was filed, and no subsequent NOA was ever filed. *See* Fed. R.App. P. 3(c)(1)(B); 4(b)(1)(A) and (b)(2).

**DISMISSED.**

Helen J. Brunner, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, Gregory Gruber, Esquire, Assistant U.S., USTA–Office of the U.S. Attorney, Tacoma, WA, for Plaintiff–Appellee.

Thomas Michael Kummerow, Washington Appellate Project, Seattle, WA, for Defendant–Appellant.

James Dalton Bell, Sheridan, OR, pro se.